## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Anthony M. Stiltner                                  CHAPTER 13
                              Debtor(s)

                                                            BKY. NO. 25-15044 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

     Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
19 Dec 2025, 12:28:26, EST

     KML Law Group, P.C.
     701 Market Street, Suite 5000
     Philadelphia, PA 19106-1532
     (215) 627-1322