

**#1001013 - Anthony Michael Stiltner**     Voucher #(468472)     Pay Date: 12/26/2025
Pay Period: 12/08/2025-12/21/2025

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Gainshare | | | | 5,000.00 |
| Imputed I | | | 1.48 | 38.26 |
| Overtime | 42.98 | 14.50 | 623.27 | 5,158.11 |
| Regular Sa | 28.66 | 80.00 | 2,292.50 | 59,529.62 |
| **Gross Pay** | | | **2,917.25** | **69,725.99** |
| Hours Paid | | 94.50 | | |

### Deductions

| | Current | YTD |
|---|---|---|
| Basic 401K PTX (%) | 58.32 | 1,393.75 [1] |
| Dental Pretax | 13.30 | 345.80 [2] |
| Life Insurance Child | | 20.01 |
| Medical Pre Tax | 155.84 | 4,051.84 [2] |
| SGRE 401k Plan Loan 1 | 20.30 | 527.80 |
| SGRE 401k Plan Loan 2 | 27.71 | 720.46 |
| Vision PreTax US | 6.32 | 164.32 [2] |
| **Total** | **281.79** | **7,223.98** |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FICA | 2,741.79 | 65,164.03 | 169.99 | 4,040.17 |
| MEDI | 2,741.79 | 65,164.03 | 39.76 | 944.88 |
| FIT | 2,683.47 | 63,770.28 | 340.59 | 7,547.25 |
| SIT:PA | 2,740.31 | 65,125.77 | 84.13 | 1,999.33 |
| SUI:PA | 2,915.77 | 69,687.73 | 2.04 | 48.79 |
| Falls, Tow | 2,741.79 | 65,164.03 | 2.00 | 50.00 |
| Falls, Tow | 2,741.79 | 65,164.03 | 27.42 | 651.62 |
| **Total** | | | **665.93** | **15,282.04** |

### Net Pay

| | Current | YTD |
|---|---|---|
| **Net Pay** | **1,969.53** | **47,219.97** |
| Non Cash Fringe Benefit | 1.48 | 38.26 |
| Checking (7864) | 1,968.05 | 47,181.71 |

### Company Paid Benefits

| | Current | YTD |
|---|---|---|
| FICA | 169.99 | 4,040.17 |
| MEDI | 39.76 | 944.88 |
| FUTA | | 42.00 |
| SUTA:PA | | 360.30 |
| **Total** | **209.75** | **5,387.35** |

[3]

### Tax Allowance Settings

Federal:  Single/0
Pennsylvania:  Allowances: 0

[1] Reduces your Federal & State Withholding Taxable Wage
[2] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[3] For information purposes only. No effect on your net pay.

Siemens Gamesa Renewable Energy, LLC 4400 North Alafaya Trail, Q2, Orlando, FL 32826      1 of 1

---

**Siemens Gamesa Renewable Energy, LLC**
4400 North Alafaya Trail
Q2
Orlando, FL 32826

Pay Date:  12/26/2025
Voucher #:  (468472)

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Anthony Michael Stiltner | 1 | Checking | XXXXXX7864 | 036076150 | 1,968.05 |

1001013  12/26/2025  (468472)

**Anthony Michael Stiltner**
81 Oaktree Drive
Levittown, PA 19055

**Non-Negotiable - This Is Not A Check**

---

**Siemens Gamesa Renewable Energy, LLC**
4400 North Alafaya Trail
Q2
Orlando, FL 32826

1001013  12/26/2025  (468472)

**Anthony Michael Stiltner**
81 Oaktree Drive
Levittown, PA 19055

**Personal & Confidential**



#1001013 - Anthony Michael Stiltner    Voucher #(466003)    Pay Date: 12/12/2025
Pay Period: 11/24/2025-12/07/2025

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Gainshare | | | | 5,000.00 |
| Imputed I | | | 1.48 | 36.78 |
| Overtime | 42.98 | 13.25 | 569.54 | 4,534.84 |
| Regular Sa | 28.66 | 80.00 | 2,292.50 | 57,237.12 |
| **Gross Pay** | | | **2,863.52** | **66,808.74** |
| Hours Paid | | 93.25 | | |

### Deductions

| | Current | YTD |
|---|---|---|
| Basic 401K PTX (%) | 57.24 | 1,335.43 [1] |
| Dental Pretax | 13.30 | 332.50 [2] |
| Life Insurance Child | | 20.01 |
| Medical Pre Tax | 155.84 | 3,896.00 [2] |
| SGRE 401k Plan Loan 1 | 20.30 | 507.50 |
| SGRE 401k Plan Loan 2 | 27.71 | 692.75 |
| Vision PreTax US | 6.32 | 158.00 [2] |
| **Total** | **280.71** | **6,942.19** |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FICA | 2,688.06 | 62,422.24 | 166.66 | 3,870.18 |
| MEDI | 2,688.06 | 62,422.24 | 38.97 | 905.12 |
| FIT | 2,630.82 | 61,086.81 | 329.01 | 7,206.66 |
| SIT:PA | 2,686.58 | 62,385.46 | 82.48 | 1,915.20 |
| SUI:PA | 2,862.04 | 66,771.96 | 2.00 | 46.75 |
| Falls, Tow | 2,688.06 | 62,422.24 | | 48.00 |
| Falls, Tow | 2,688.06 | 62,422.24 | 26.88 | 624.20 |
| **Total** | | | **646.00** | **14,616.11** |

### Net Pay

| | | 1,936.81 | 45,250.44 |
|---|---|---|---|
| Non Cash Fringe Benefit | | 1.48 | 36.78 |
| Checking (7864) | | 1,935.33 | 45,213.66 |

### Company Paid Benefits [3]

| | Current | YTD |
|---|---|---|
| FICA | 166.66 | 3,870.18 |
| MEDI | 38.97 | 905.12 |
| FUTA | | 42.00 |
| SUTA:PA | | 360.30 |
| **Total** | **205.63** | **5,177.60** |

### Tax Allowance Settings

| Federal: | Single/0 |
| Pennsylvania: | Allowances: 0 |

[1] Reduces your Federal & State Withholding Taxable Wage
[2] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[3] For information purposes only. No effect on your net pay.

Siemens Gamesa Renewable Energy, LLC 4400 North Alafaya Trail, Q2, Orlando, FL 32826    1 of 1

---

**Siemens Gamesa Renewable Energy, LLC**
4400 North Alafaya Trail
Q2
Orlando, FL 32826

Pay Date: 12/12/2025
Voucher #: (466003)

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Anthony Michael Stiltner | 1 | Checking | XXXXXX7864 | 036076150 | 1,935.33 |

1001013  12/12/2025  (466003)

**Anthony Michael Stiltner**
81 Oaktree Drive
Levittown, PA 19055

**Non-Negotiable - This Is Not A Check**

---

**Siemens Gamesa Renewable Energy, LLC**
4400 North Alafaya Trail
Q2
Orlando, FL 32826

1001013  12/12/2025  (466003)

**Anthony Michael Stiltner**
81 Oaktree Drive
Levittown, PA 19055

**Personal & Confidential**

#1001013 - Anthony Michael Stiltner   Voucher #(461640)   Pay Date: 11/28/2025   Pay Period: 11/10/2025-11/23/2025

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Imputed I | | | 1.48 | 35.30 |
| Overtime | 42.98 | 9.25 | 397.61 | 3,965.30 |
| Regular Sa | 28.66 | 80.00 | 2,292.50 | 54,944.62 |
| **Gross Pay** | | | 2,691.59 | 58,945.22 |
| Hours Paid | | 89.25 | | |

### Company Paid Benefits

| | Current | YTD |
|---|---|---|
| FICA | 156.00 | 3,393.52 |
| MEDI | 36.49 | 793.65 |
| FUTA | | 42.00 |
| SUTA:PA | | 360.30 |
| **Total** | 192.49 | 4,589.47 |

### Deductions

| | Current | YTD | |
|---|---|---|---|
| Basic 401K PTX (%) | 53.80 | 1,178.19 | [1] |
| Dental Pretax | 13.30 | 319.20 | [2] |
| Life Insurance Child | | 20.01 | |
| Medical Pre Tax | 155.84 | 3,740.16 | [2] |
| SGRE 401k Plan Loan 1 | 20.30 | 487.20 | |
| SGRE 401k Plan Loan 2 | 27.71 | 665.04 | |
| Vision PreTax US | 6.32 | 151.68 | [2] |
| **Total** | 277.27 | 6,561.48 | |

### Tax Allowance Settings

Federal:       Single/0
Pennsylvania:  Allowances: 0

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FICA | 2,516.13 | 54,734.18 | 156.00 | 3,393.52 |
| MEDI | 2,516.13 | 54,734.18 | 36.49 | 793.65 |
| FIT | 2,462.33 | 53,555.99 | 291.94 | 5,799.65 |
| SIT:PA | 2,514.65 | 54,698.88 | 77.20 | 1,679.22 |
| SUI:PA | 2,690.11 | 58,909.92 | 1.88 | 41.25 |
| Falls, Tow | 2,516.13 | 54,734.18 | | 46.00 |
| Falls, Tow | 2,516.13 | 54,734.18 | 25.16 | 547.32 |
| **Total** | | | 588.67 | 12,300.61 |

| **Net Pay** | | | 1,825.65 | 40,083.13 |
|---|---|---|---|---|
| Non Cash Fringe Benefit | | | 1.48 | 35.30 |
| Checking (7864) | | | 1,824.17 | 40,047.83 |

[1] Reduces your Federal & State Withholding Taxable Wage
[2] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[3] For information purposes only. No effect on your net pay.

Siemens Gamesa Renewable Energy, LLC 4400 North Alafaya Trail, Q2, Orlando, FL 32826         1 of 1

---

**Siemens Gamesa Renewable Energy, LLC**
4400 North Alafaya Trail
Q2
Orlando, FL 32826

Pay Date:  11/28/2025
Voucher #: (461640)

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Anthony Michael Stiltner | 1 | Checking | XXXXXX7864 | 036076150 | 1,824.17 |

1001013  11/28/2025  (461640)

**Anthony Michael Stiltner**
81 Oaktree Drive
Levittown, PA 19055

**Non-Negotiable - This Is Not A Check**

---

**Siemens Gamesa Renewable Energy, LLC**
4400 North Alafaya Trail
Q2
Orlando, FL 32826

1001013  11/28/2025  (461640)

**Anthony Michael Stiltner**
81 Oaktree Drive
Levittown, PA 19055

**Personal & Confidential**



| #1001013 - Anthony Michael Stiltner | | | | Voucher #(459187) | | Pay Date: 11/14/2025 |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | Pay Period: 10/27/2025-11/09/2025 |

### Earnings

| | Rate | Hours | Current | YTD |
| --- | --- | --- | --- | --- |
| Imputed I | | | 1.48 | 33.82 |
| Overtime | 42.98 | 4.50 | 193.43 | 3,567.69 |
| Regular Sa | 28.66 | 80.00 | 2,292.50 | 52,652.12 |
| **Gross Pay** | | | **2,487.41** | **56,253.63** |
| Hours Paid | | 84.50 | | |

### Company Paid Benefits

| | Current | YTD |
| --- | --- | --- |
| FICA | 143.34 | 3,237.52 |
| MEDI | 33.52 | 757.16 |
| FUTA | | 42.00 |
| SUTA:PA | | 360.30 |
| **Total** | **176.86** | **4,396.98** |

### Tax Allowance Settings

| Federal: | Single/0 |
| --- | --- |
| Pennsylvania: | Allowances: 0 |

### Deductions

| | Current | YTD | |
| --- | --- | --- | --- |
| Basic 401K PTX (%) | 49.72 | 1,124.39 | [1] |
| Dental Pretax | 13.30 | 305.90 | [2] |
| Life Insurance Child | 0.87 | 20.01 | |
| Medical Pre Tax | 155.84 | 3,584.32 | [2] |
| SGRE 401k Plan Loan 1 | 20.30 | 466.90 | |
| SGRE 401k Plan Loan 2 | 27.71 | 637.33 | |
| Vision PreTax US | 6.32 | 145.36 | [2] |
| **Total** | **274.06** | **6,284.21** | |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
| --- | --- | --- | --- | --- |
| FICA | 2,311.95 | 52,218.05 | 143.34 | 3,237.52 |
| MEDI | 2,311.95 | 52,218.05 | 33.52 | 757.16 |
| FIT | 2,262.23 | 51,093.66 | 247.92 | 5,507.71 |
| SIT:PA | 2,310.47 | 52,184.23 | 70.93 | 1,602.02 |
| SUI:PA | 2,485.93 | 56,219.81 | 1.74 | 39.37 |
| Falls, Tow | 2,311.95 | 52,218.05 | 2.00 | 46.00 |
| Falls, Tow | 2,311.95 | 52,218.05 | 23.12 | 522.16 |
| **Total** | | | **522.57** | **11,711.94** |

| **Net Pay** | | 1,690.78 | 38,257.48 |
| --- | --- | --- | --- |
| Non Cash Fringe Benefit | | 1.48 | 33.82 |
| Checking (7864) | | 1,689.30 | 38,223.66 |

[1] Reduces your Federal & State Withholding Taxable Wage
[2] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[3] For information purposes only. No effect on your net pay.

Siemens Gamesa Renewable Energy, LLC 4400 North Alafaya Trail, Q2, Orlando, FL 32826        1 of 1

---

**Siemens Gamesa Renewable Energy, LLC**
4400 North Alafaya Trail
Q2
Orlando, FL 32826

| Pay Date: | 11/14/2025 |
| --- | --- |
| Voucher #: | (459187) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
| --- | --- | --- | --- | --- | --- |
| Anthony Michael Stiltner | 1 | Checking | XXXXXX7864 | 036076150 | 1,689.30 |

1001013  11/14/2025  (459187)

**Anthony Michael Stiltner**
81 Oaktree Drive
Levittown, PA 19055

**Non-Negotiable - This Is Not A Check**

**Siemens Gamesa Renewable Energy, LLC**
4400 North Alafaya Trail
Q2
Orlando, FL 32826

1001013  11/14/2025  (459187)

**Anthony Michael Stiltner**
81 Oaktree Drive
Levittown, PA 19055

**Personal & Confidential**



| #1001013 - Anthony Michael Stiltner | | | Voucher #(456948) | | | Pay Date: 10/31/2025 |
| | | | | | | Pay Period: 10/13/2025-10/26/2025 |

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Imputed I | | | 1.48 | 32.34 |
| Overtime | 42.98 | 1.50 | 64.48 | 3,374.26 |
| Regular Sa | 28.66 | 80.00 | 2,292.50 | 50,359.62 |
| **Gross Pay** | | | **2,358.46** | **53,766.22** |
| Hours Paid | | 81.50 | | |

### Company Paid Benefits

| | Current | YTD |
|---|---|---|
| FICA | 135.35 | 3,094.18 |
| MEDI | 31.66 | 723.64 |
| FUTA | | 42.00 |
| SUTA:PA | | 360.30 |
| **Total** | **167.01** | **4,220.12** |

### Tax Allowance Settings

Federal:       Single/0
Pennsylvania:  Allowances: 0

### Deductions

| | Current | YTD |
|---|---|---|
| Basic 401K PTX (%) | 47.14 | 1,074.67 [1] |
| Dental Pretax | 13.30 | 292.60 [2] |
| Life Insurance Child | 0.87 | 19.14 |
| Medical Pre Tax | 155.84 | 3,428.48 [2] |
| SGRE 401k Plan Loan 1 | 20.30 | 446.60 |
| SGRE 401k Plan Loan 2 | 27.71 | 609.62 |
| Vision PreTax US | 6.32 | 139.04 [2] |
| **Total** | **271.48** | **6,010.15** |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FICA | 2,183.00 | 49,906.10 | 135.35 | 3,094.18 |
| MEDI | 2,183.00 | 49,906.10 | 31.66 | 723.64 |
| FIT | 2,135.86 | 48,831.43 | 220.12 | 5,259.79 |
| SIT:PA | 2,181.52 | 49,873.76 | 66.97 | 1,531.09 |
| SUI:PA | 2,356.98 | 53,733.88 | 1.65 | 37.63 |
| Falls, Tow | 2,183.00 | 49,906.10 | 2.00 | 44.00 |
| Falls, Tow | 2,183.00 | 49,906.10 | 21.83 | 499.04 |
| **Total** | | | **479.58** | **11,189.37** |

| **Net Pay** | | | **1,607.40** | **36,566.70** |
| Non Cash Fringe Benefit | | | 1.48 | 32.34 |
| Checking (7864) | | | 1,605.92 | 36,534.36 |

[1] Reduces your Federal & State Withholding Taxable Wage
[2] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[3] For information purposes only. No effect on your net pay.

Siemens Gamesa Renewable Energy, LLC 4400 North Alafaya Trail, Q2, Orlando, FL 32826                    1 of 1

---

**Siemens Gamesa Renewable Energy, LLC**
4400 North Alafaya Trail
Q2
Orlando, FL 32826

| | | Pay Date: | 10/31/2025 |
| | | Voucher #: | (456948) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Anthony Michael Stiltner | 1 | Checking | XXXXXX7864 | 036076150 | 1,605.92 |

1001013   10/31/2025   (456948)

**Anthony Michael Stiltner**
81 Oaktree Drive
Levittown, PA 19055

**Non-Negotiable – This Is Not A Check**

**Siemens Gamesa Renewable Energy, LLC**
4400 North Alafaya Trail
Q2
Orlando, FL 32826

1001013   10/31/2025   (456948)

**Anthony Michael Stiltner**
81 Oaktree Drive
Levittown, PA 19055

**Personal & Confidential**



| #1001013 - Anthony Michael Stiltner | | | | Voucher #(454696) | | Pay Date: 10/17/2025 |
| | | | | | | Pay Period: 09/29/2025-10/12/2025 |

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Imputed I | | | 1.48 | 30.86 |
| Overtime | 42.98 | 2.75 | 118.21 | 3,309.78 |
| Regular Sa | 28.66 | 80.00 | 2,292.50 | 48,067.12 |
| **Gross Pay** | | | **2,412.19** | **51,407.76** |
| Hours Paid | | 82.75 | | |

### Company Paid Benefits

| | Current | YTD |
|---|---|---|
| FICA | 138.68 | 2,958.83 |
| MEDI | 32.43 | 691.98 |
| FUTA | | 42.00 |
| SUTA:PA | | 360.30 |
| **Total** | **171.11** | **4,053.11** |

### Deductions

| | Current | YTD |
|---|---|---|
| Basic 401K PTX (%) | 48.21 | 1,027.53 [1] |
| Dental Pretax | 13.30 | 279.30 [2] |
| Life Insurance Child | 0.87 | 18.27 |
| Medical Pre Tax | 155.84 | 3,272.64 [2] |
| SGRE 401k Plan Loan 1 | 20.30 | 426.30 |
| SGRE 401k Plan Loan 2 | 27.71 | 581.91 |
| Vision PreTax US | 6.32 | 132.72 [2] |
| **Total** | **272.55** | **5,738.67** |

### Tax Allowance Settings

Federal:       Single/0
Pennsylvania:  Allowances: 0

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FICA | 2,236.73 | 47,723.10 | 138.68 | 2,958.83 |
| MEDI | 2,236.73 | 47,723.10 | 32.43 | 691.98 |
| FIT | 2,188.52 | 46,695.57 | 231.71 | 5,039.67 |
| SIT:PA | 2,235.25 | 47,692.24 | 68.62 | 1,464.12 |
| SUI:PA | 2,410.71 | 51,376.90 | 1.69 | 35.98 |
| Falls, Tow | 2,236.73 | 47,723.10 | 2.00 | 42.00 |
| Falls, Tow | 2,236.73 | 47,723.10 | 22.37 | 477.21 |
| **Total** | | | **497.50** | **10,709.79** |

| **Net Pay** | | 1,642.14 | 34,959.30 |
|---|---|---|---|
| Non Cash Fringe Benefit | | 1.48 | 30.86 |
| Checking (7864) | | 1,640.66 | 34,928.44 |

[1] Reduces your Federal & State Withholding Taxable Wage
[2] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[3] For information purposes only. No effect on your net pay.

Siemens Gamesa Renewable Energy, LLC 4400 North Alafaya Trail, Q2, Orlando, FL 32826          1 of 1

---

**Siemens Gamesa Renewable Energy, LLC**
4400 North Alafaya Trail
Q2
Orlando, FL 32826

| Pay Date: | 10/17/2025 |
|---|---|
| Voucher #: | (454696) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Anthony Michael Stiltner | 1 | Checking | XXXXXX7864 | 036076150 | 1,640.66 |

1001013  10/17/2025  (454696)

**Anthony Michael Stiltner**
81 Oaktree Drive
Levittown, PA 19055

**Non-Negotiable - This Is Not A Check**

**Siemens Gamesa Renewable Energy, LLC**
4400 North Alafaya Trail
Q2
Orlando, FL 32826

1001013  10/17/2025  (454696)

**Anthony Michael Stiltner**
81 Oaktree Drive
Levittown, PA 19055

**Personal & Confidential**