*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| Anthony M. Stiltner | ) | Case No. 25–15044–amc |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: May 20, 2026

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court