United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Anthony M. Stiltner

    Debtor

Case No. 25-15044-amc

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 21, 2026 | Form ID: 155 | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony M. Stiltner, 81 Oak Tree Drive, Levittown, PA 19055-1530 |
| 15082540 | | Mohela, Attn: Bankruptcy, Chesterfield, MO 63005 |
| 15086394 | + | PENNYMAC LOAN SERVICES, LLC, c/o Matthew Fissel,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15083018 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 22 2026 02:26:34 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15083568 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 22 2026 02:26:48 | Ally Bank Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15088094 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 22 2026 02:26:35 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15082527 | + | Email/Text: ally@ebn.phinsolutions.com | May 22 2026 02:22:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 15082528 | + | Email/Text: ally@ebn.phinsolutions.com | May 22 2026 02:22:00 | Ally Financial, Inc, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15082531 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 22 2026 02:22:00 | Citizens Bank, Attn: Bankruptcy, One Citizens Plaza, Providence, RI 02903 |
| 15082532 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 22 2026 02:22:00 | Citizens Bank, One Citizens Bank Way, Johnston, RI 02919 |
| 15087202 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 22 2026 02:22:00 | Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919, Mailstop JCA 115 |
| 15100658 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 22 2026 02:37:05 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15082530 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 22 2026 02:37:05 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15082529 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 22 2026 02:37:18 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 15082533 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 22 2026 02:22:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 15082534 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 22 2026 02:22:00 | Credit Collection Services, Po Box 607, Norwood, MA 02062-0607 |
| 15082535 | + | Email/Text: bankruptcy.notices@hdfsi.com | | |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: May 21, 2026 | Form ID: 155 | Total Noticed: 37

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 22 2026 02:22:00 | Harley Davidson Financial, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 15082536 | + | Email/Text: bankruptcy.notices@hdfsi.com | May 22 2026 02:22:00 | Harley Davidson Financial, 3850 Arrowhead Drive, Carson City, NV 89706-2016 |
| 15100084 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | May 22 2026 02:22:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 15100687 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 22 2026 02:22:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15082538 | | Email/PDF: resurgentbknotifications@resurgent.com | May 22 2026 02:26:50 | LVNV Funding LLC/Resurgent Capital Servi, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 15082537 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 22 2026 02:26:36 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 15088160 | | Email/PDF: resurgentbknotifications@resurgent.com | May 22 2026 02:26:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15082539 | | Email/Text: EBN@Mohela.com | May 22 2026 02:22:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 15082541 | | Email/Text: EBN@Mohela.com | May 22 2026 02:22:00 | Mohela/dofed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15092781 | | Email/Text: EBN@Mohela.com | May 22 2026 02:22:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63055 |
| 15093761 | + | Email/PDF: ebnotices@pnmac.com | May 22 2026 02:26:51 | PENNYMAC LOAN SERVICES, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15094243 | | Email/PDF: ebnotices@pnmac.com | May 22 2026 02:26:59 | PENNYMAC LOAN SERVICES, LLC, P.O. Box 660929, Dallas, TX 75266-0929 |
| 15086179 | ^ | MEBN | May 22 2026 02:17:45 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15082544 | + | Email/PDF: ebnotices@pnmac.com | May 22 2026 02:37:11 | PennyMac Loan Services, LLC, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15082543 | + | Email/PDF: ebnotices@pnmac.com | May 22 2026 02:26:59 | PennyMac Loan Services, LLC, PennyMac Loan Services, LLC, Attn: Bankr, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15082545 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 22 2026 02:26:46 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 15082546 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 22 2026 02:26:55 | Synchrony Bank/Care Credit, Po Box 71727, Philadelphia, PA 19176-1727 |
| 15082547 | + | Email/Text: UpStart@ebn.phinsolutions.com | May 22 2026 02:22:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 15082548 | + | Email/Text: UpStart@ebn.phinsolutions.com | May 22 2026 02:22:00 | Upstart Finance, P.o. Box 1503, San Carlos, CA 94070-7503 |
| 15088831 | + | Email/Text: peritus@ebn.phinsolutions.com | May 22 2026 02:22:00 | Upstart Network, Inc, c/o Peritus Portfolio Services II, LLC, PO Box 1149, GRAPEVINE, TX 76099-1149 |
| 15082549 | + | Email/Text: support@ymalaw.com | May 22 2026 02:22:00 | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

Recip ID     Bypass Reason   Name and Address

District/off: 0313-2        User: admin        Page 3 of 3

Date Rcvd: May 21, 2026        Form ID: 155        Total Noticed: 37

15082542        Nicole Spiegel

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2026        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KERI P EBECK | |
| | on behalf of Creditor Harley-Davidson Credit Corp kebeck@metzlewis.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| MATTHEW K. FISSEL | |
| | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| PAUL H. YOUNG | |
| | on behalf of Debtor Anthony M. Stiltner support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| SCOTT F. WATERMAN [Chapter 13] | |
| | ECFMail@ReadingCh13.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Anthony M. Stiltner | ) | Case No. 25−15044−amc |
| | ) | |
| | ) | |
|    Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: May 20, 2026

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court