Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Anthony M. Stiltner
81 Oak Tree Drive
Levittown, PA 19055

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 25-15044-AMC**

Petition Filed Date: 12/10/2025
341 Hearing Date: 01/30/2026
Confirmation Date: 05/20/2026

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/20/2026 | $250.00 | | 02/18/2026 | $250.00 | | 03/17/2026 | $250.00 | |
| 04/17/2026 | $250.00 | | 05/22/2026 | $250.00 | | 06/17/2026 | $250.00 | |
| 07/17/2026 | $250.00 | | | | | | | |

**Total Receipts for the Period: $1,750.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $2,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | YOUNG MARR MALLIS & ASSOCIATES | Attorney Fees | $4,300.00 | $1,846.00 | $2,454.00 |
| 1 | CITIZENS BANK NA<br>»» 001 | Unsecured Creditors | $2,055.22 | $0.00 | $2,055.22 |
| 2 | ALLY FINANCIAL INC aka ALLY BANK<br>»» 002 | Secured Creditors | $41.36 | $0.00 | $41.36 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $3,918.19 | $0.00 | $3,918.19 |
| 4 | UPSTART NETWORK INC<br>»» 004 | Unsecured Creditors | $4,648.66 | $0.00 | $4,648.66 |
| 5 | MOHELA ON BEHALF OF<br>»» 005 | Unsecured Creditors | $15,372.76 | $0.00 | $15,372.76 |
| 6 | PENNYMAC LOAN SERVICES LLC<br>»» 006 | Mortgage Arrears | $376.69 | $0.00 | $376.69 |
| 7 | HARLEY DAVIDSON CREDIT CORP<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | CITIBANK NA<br>»» 008 | Unsecured Creditors | $1,372.77 | $0.00 | $1,372.77 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 009 | Unsecured Creditors | $841.09 | $0.00 | $841.09 |

**Chapter 13 Case No. 25-15044-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,000.00 | Current Monthly Payment: | $250.00 |
| Paid to Claims: | $1,846.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $154.00 | Total Plan Base: | $9,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.